# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Beckley
Date: 3/25/2014                                                          Case Number 1:10-cv-01396
Case Style: Deakins vs. Pack
Type of hearing Civil Jury Trial - Day 7
Before the honorable: 2516-Berger
Court Reporter Lisa Cook                                                 Courtroom Deputy Kierstin Tudor
Attorney(s) for the Plaintiff or Government Harry Deakins, Sr. (pro-se)

Attorney(s) for the Defendant(s) Michael Mullins & Peter Raupp

Law Clerk Carter George                                                  Probation Officer

## Trial Time

Jury Trial. Day No. 7

## Non-Trial Time

## Court Time

9:00 am    to 9:12 am
9:26 am    to 9:38 am
9:40 am    to 11:24 am
12:03 pm   to 12:05 pm
3:59 pm    to 4:02 pm
Total Court Time: 2 Hours 13 Minutes Court actively conducting trial proceedings/Contested proceedings

## Courtroom Notes

CIVIL TRIAL - DAY 7

Scheduled Start 9:00 a.m.
Actual Start 9:00 a.m.
[Bluefield case; trial held in Beckley]

Witness LONG resumes stand.
Mr. Deakins declines cross.
Defense rests.
Plaintiff has no rebuttal evidence.
Out of jury presence, Court addresses post-trial motions.
Court GRANTS defense motion to dismiss the excessive force claims against Defendant Baker and Defendant Wade.
Court takes recess at 9:12 a.m.

Court resumed at 9:26 a.m.
Court addresses proposed jury charge with parties.
Court takes recess at 9:38 a.m.

Court resumed at 9:40 a.m.
Court gives final instructions to Jury.
Mr. Deakins makes closing argument on behalf of Plaintiff.
Mr. Mullins makes closing argument on behalf of Defendants.
Court completes final instructions to Jury.
Jury excused to deliberate at 11:22 a.m.

## District Judge Daybook Entry

Court recess at 11:24 a.m.

Court resumed at 12:03 p.m.
Court addresses note from Jury (marked as Court Ex. 1).
Jury excused for a lunch break and instructed to resume deliberations once they return from lunch.
Court recessed at 12:05 p.m.

Court resumed at 3:59 p.m.
Jury has reached verdict.
Court inspects jury verdict.
Verdict read aloud in open court.
Verdict in favor of Defendants.
Court excuses Jury.
Court recessed at 4:02 p.m.