UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF WEST VIRGINIA

BLUEFIELD DIVISION

HARRY E. DEAKINS, SR.,

    Plaintiff,

v.                      CIVIL ACTION NO.   1:10-cv-1396

J.C. LONG, R.J. JACKSON, J.R. BAKER, and
C.M. WADE, in their individual and official capacities
as law enforcement officers in the State of West Virginia,

    Defendants.

## JURY VERDICT FORM

1) Do you find by a preponderance of the evidence that one or more of the Defendant Troopers used excessive force against the Plaintiff, Harry E. Deakins, Sr.?

    _____ YES                                              __X__ NO

If you answered YES to Question Number 1, proceed to Question Number 2. If you answered NO, proceed to Question Number 4.

2) Do you find by a preponderance of the evidence that the excessive force proximately caused injury to the Plaintiff, Harry E. Deakins, Sr.?

    _____ YES                                               _____ NO

If you answered YES to Question Number 2, proceed to Question Number 3. If you answered NO, proceed to Question Number 4.

3) Please list the name or names of the Defendant Troopers who used excessive force against the Plaintiff, Harry E. Deakins, Sr.

_____

_____

Proceed to Question Number 4.

4) Do you find by a preponderance of the evidence that one or more of the Defendant Troopers unlawfully seized the Plaintiff's computers?

_____ YES          __X__ NO

If you answered YES to Question Number 4, proceed to Question Number 5. If you answered NO to Question Number 4 and if you answered YES to Question Number 2, proceed to Question Number 7.

5) Do you find by a preponderance of the evidence that the unlawful seizure of the computers proximately resulted in damages to the Plaintiff, Harry E. Deakins, Sr.

_____ YES          _____ NO

If you answered YES to Question Number 5, proceed to Question Number 6. If you answered NO, proceed to Question Number 7.

6) Please list the name or names of the Defendant Troopers who unlawfully seized the Plaintiff's computers.

_____

_____

Proceed to Question Number 7.

7) We, the jury, find damages by a preponderance of the evidence in favor of Harry E. Deakins, Sr., in the following amount.

| | |
|---|---|
| 1) reasonable costs of past medical expenses, if any | $_____ |
| 2) physical and mental pain and suffering, if any | $_____ |
| 3) reasonable cost of property damage, if any | $_____ |
| 4) reasonable damages for loss of use of property, if any | $_____ |

If you answered YES to Question Number 7, do you find by a preponderance of the evidence that punitive damages should be awarded in favor of the Plaintiff, Harry E. Deakins, Sr.?

_____ YES        _____ NO

If YES, we the jury award the Plaintiff Harry Deakins punitive damages in the amount of $_____.