# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
# BLUEFIELD DIVISION

HARRY E. DEAKINS, SR.,

        Plaintiff,

v.                      CIVIL ACTION NO.   1:10-cv-01396

T. S. PACK, et al.,

        Defendants.

## ORDER

During the trial of this matter, held from March 17 to March 25, 2014, the Plaintiff introduced various trial exhibits including, specifically, Plaintiff Exhibit 6 and Plaintiff Exhibit 7, which are original personal family photos of the Plaintiff's family.   At the conclusion of the trial, the Plaintiff requested the return of the aforesaid photos.

Wherefore, after careful consideration, the Court **ORDERS** the Clerk to substitute photocopies of Plaintiff Exhibit 6 and Plaintiff Exhibit 7 in the court file in place of the original exhibits, and to return the original exhibits to the Plaintiff.   The Court further **ORDERS** that the Plaintiff maintain the aforesaid original exhibits for a period of at least four (4) months.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and to any unrepresented party.

        ENTER:        March 26, 2014

        IRENE C. BERGER
        UNITED STATES DISTRICT JUDGE
        SOUTHERN DISTRICT OF WEST VIRGINIA