IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BLUEFIELD DIVISION

HARRY E. DEAKINS, SR.,

        Plaintiff,

v.                                  CIVIL ACTION NO.   1:10-cv-01396

T. S. PACK, et al.,

        Defendants.

## JUDGMENT

The Court has reviewed the docket in the above-styled matter and finds that this case was tried before a jury from March 17, 2014 to March 25, 2014.  After deliberations, the jury returned a verdict in favor of the Defendants and against the Plaintiff.

Wherefore, in accordance with the jury's verdict, it is hereby **ORDERED** that judgment be entered in favor of the Defendants and against the Plaintiff.  Lastly, the Court **ORDERS** that this matter be **REMOVED** and **STRICKEN** from the docket of this Court.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and to any unrepresented party.

                ENTER:      March 26, 2014

*[Signature]*
IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA