**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**BLUEFIELD DIVISION**

HARRY E. DEAKINS, SR.,

                Plaintiff,

v.                                                    CIVIL ACTION NO.   1:10-cv-01396

T. S. PACK, et al.,

                Defendants.

**ORDER**

During the trial of this matter held from March 17 to March 25, 2014, the Plaintiff introduced various trial exhibits including, specifically, Plaintiff Exhibit 37, being an original personal family photo of the Plaintiff's family.   The Plaintiff has now requested the return of the aforesaid photo.

Wherefore, after careful consideration, the Court **ORDERS** the Clerk to substitute a photocopy of Plaintiff Exhibit 37 in the court file in place of the original exhibit, and to return the original exhibit to the Plaintiff.   The Court further **ORDERS** that the Plaintiff maintain the aforesaid original exhibit for a period of at least four (4) months.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and to any unrepresented party.

                ENTER:        April 2, 2014

                _Irene C. Berger_

                IRENE C. BERGER
                UNITED STATES DISTRICT JUDGE
                SOUTHERN DISTRICT OF WEST VIRGINIA